IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **CAROLYN P. BRYAN** | **PLAINTIFF** |
| V. | CIVIL ACTION NO.: 3:20-cv-122-DPJ-FKB |
| **McLARTY MBN, LLC d/b/a/ GRAY DANIELS NISSAN BRANDON, GATEWAY ONE LENDING & FINANCE, LLC, HERRIN-GEAR TOYOTA, HERRIN-GEAR AUTOMOTIVE, INC., HERRIN-GEAR CHEVROLET CO., INC., HERRIN-GEAR IMPORTS, INC., HERRIN-GEAR INFINITI, INC., HERRIN-GEAR, INC., MARK S. LONGGREAR, and ZACHARY LONGGREAR,** | **DEFENDANTS** |

**NOTICE OF VOLUNTARY DISMISSAL**

**COMES NOW**, Plaintiff Carolyn P. Bryan, for the above-captioned cause of action, by and through counsel, and files this, her Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*; and with the filing of this Notice of Voluntary Dismissal, the above-captioned action is dismissed WITHOUT PREJUDICE as to Defendants Mark S. Longgrear and Zachary Longgrear.

This the 25th day of January 2021.

Respectfully submitted,

*/s/Lindsay K. Roberts*
Dorsey R. Carson, Jr. (MSB #10493)
Eric F. Hatten (MSB #10428)
Lindsay K. Roberts (MSB #105723)
*Attorneys for the Plaintiff*

**OF COUNSEL:**
CARSON LAW GROUP, PLLC
125 S. Congress Street, Suite 1336
Jackson, Mississippi 39201
Telephone: (601) 351-9831
Facsimile:  (601) 510-9056
Email: dcarson@thecarsonlawgroup.com
　　　　ehatton@thecarsonlawgroup.com
　　　　lroberts@thecarsonlawgroup.com